# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1420
LT Case No. 2021-CF-00825

_____

AIDEN SEAN FUCCI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

February 28, 2025

PER CURIAM.

Appellant, Aiden Sean Fucci, a juvenile, was charged with and pled guilty to first-degree murder with a weapon. After receiving evidence for consideration in sentencing, the trial court determined that Appellant, in fact, killed the victim. Further, the trial court determined, based on competent substantial evidence, that Appellant lured the victim to a secluded place in the woods,

stabbed her over one hundred times, and inflicted forty-nine (49) defensive wounds. The court found that Appellant killed the victim simply out of his desire to kill somebody and watch them die. Appellant was somebody the victim trusted. The trial court received numerous victim impact statements from family, friends, teachers, and fellow students of the victim, all of which indicated the devastating impact this senseless murder had on them and the community. Appellant was sentenced to life imprisonment and would be eligible for review in twenty-five (25) years in accordance with section 921.1402(2), Florida Statutes (2023).

Having reviewed the record before us on this *Anders*[1] appeal, we affirm as to all but one matter. We reverse solely for entry of an amended judgment and sentence to correct the amount of the public defender application fee. Section 27.52(1)(b), Florida Statutes, specifies that there shall be imposed a cost of $50 as a public defender application fee. Here, the trial court erroneously imposed a $100 fee. Accordingly, we reverse and remand solely for the trial court to enter an amended judgment and sentence imposing a $50 public defender application fee. We affirm as to all other matters.

AFFIRMED, in part; REVERSED, in part; and REMANDED with instructions.

EDWARDS, C.J., and MAKAR and WALLIS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

---

[1] *Anders v. California*, 386 U.S. 738 (1967).